PRESS PUBLISHING COMPANY, Respondent, *v.* GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION OF PERTH, SCOTLAND, LTD., Appellant.

*Press Pub. Co.* v. *General Acc. F. & L. Assur. Corpn. of Perth, Scotland, Ltd.*, 160 App. Div. 537, affirmed.

(Argued January 27, 1916; decided February 22, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1914, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action brought to recover the amount of the judgment in, and costs of defending, a suit brought against the present plaintiff to recover damage for personal injuries, which sums of money it is claimed should be paid by the defendant pursuant to a certain policy of liability insurance.

*Alfred M. Bailey* and *George W. Hurlbut* for appellant.

*John G. Jackson* and *Howard Taylor* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.